UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ROBERT SCOTT,

        Plaintiff,

v.

D. STEWART, et. al.,

        Defendant.

No. C 13-2912 EDL (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In the initial review order on August 1, 2013, the court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: September ___, 2013.
Oct 7

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Scott2912.dsm.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES SCOTT,

      Plaintiff,

v.

D STEWART et al,

      Defendant.
_____/

Case Number: CV13-02912 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Robert Scott D35824
San Quentin State Prison
5EB102
San Quentin, CA 94974

Dated: October 7, 2013

                        Richard W. Wieking, Clerk
                        By: Lisa R Clark, Deputy Clerk